Per curiam.

---

Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Marion Brostek, appellant. Gen. No. 29,685.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,675, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Per curiam.

---

Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of F. Braverman, appellant. Gen. No. 29,686.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,673, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Per curiam.

---

Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal of Stanley Sklore, appellant. Gen. No. 29,687.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,673, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen, James W. Hyde and Henry Jackson Darby, of counsel.

Per curiam.